**Eiger BioPharmaceuticals, Inc. (EIGR)**                                                                                                **Ronald A. Schoen**

### List of Purchases and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | Common Stock | 3/24/2021 | 3 | $8.3700 |
| Purchase | Common Stock | 3/24/2021 | 97 | $8.3700 |
| Purchase | Common Stock | 3/24/2021 | 100 | $8.3800 |
| Purchase | Common Stock | 3/24/2021 | 100 | $8.4800 |
| Purchase | Common Stock | 4/7/2021 | 100 | $8.2400 |
| Purchase | Common Stock | 4/12/2021 | 32 | $8.1000 |
| Purchase | Common Stock | 4/12/2021 | 68 | $8.1000 |
| Purchase | Common Stock | 4/12/2021 | 100 | $8.1200 |
| Purchase | Common Stock | 4/12/2021 | 100 | $8.1300 |
| Purchase | Common Stock | 4/12/2021 | 100 | $8.1400 |
| Purchase | Common Stock | 4/23/2021 | 60 | $8.2700 |
| Purchase | Common Stock | 4/23/2021 | 40 | $8.2700 |
| Purchase | Common Stock | 6/2/2021 | 49 | $7.8500 |
| Purchase | Common Stock | 6/2/2021 | 51 | $7.8500 |
| Purchase | Common Stock | 6/2/2021 | 100 | $7.8600 |
| Purchase | Common Stock | 6/21/2021 | 10 | $7.8700 |
| Purchase | Common Stock | 6/21/2021 | 9 | $7.9200 |
| Purchase | Common Stock | 6/21/2021 | 1 | $7.9200 |
| Purchase | Common Stock | 6/22/2021 | 9 | $7.7400 |
| Purchase | Common Stock | 6/22/2021 | 1 | $7.7400 |
| Purchase | Common Stock | 6/22/2021 | 10 | $7.7500 |
| Purchase | Common Stock | 6/22/2021 | 10 | $7.7500 |
| Purchase | Common Stock | 6/22/2021 | 9 | $7.7600 |
| Purchase | Common Stock | 6/22/2021 | 1 | $7.7600 |
| Purchase | Common Stock | 6/22/2021 | 10 | $7.7800 |
| Purchase | Common Stock | 7/15/2021 | 99 | $7.8600 |
| Purchase | Common Stock | 7/15/2021 | 1 | $7.8600 |
| Purchase | Common Stock | 7/15/2021 | 33 | $7.9200 |
| Purchase | Common Stock | 7/15/2021 | 67 | $7.9200 |
| Purchase | Common Stock | 7/15/2021 | 69 | $7.9400 |
| Purchase | Common Stock | 7/15/2021 | 1 | $7.9400 |
| Purchase | Common Stock | 7/15/2021 | 30 | $7.9400 |
| Purchase | Common Stock | 7/15/2021 | 100 | $7.9600 |
| Purchase | Common Stock | 7/27/2021 | 100 | $7.8500 |
| Purchase | Common Stock | 7/30/2021 | 98 | $7.8300 |
| Purchase | Common Stock | 7/30/2021 | 2 | $7.8300 |
| Purchase | Common Stock | 8/19/2021 | 37 | $7.6500 |
| Purchase | Common Stock | 8/19/2021 | 2 | $7.6500 |
| Purchase | Common Stock | 8/19/2021 | 61 | $7.6500 |
| Purchase | Common Stock | 8/19/2021 | 100 | $7.6700 |
| Purchase | Common Stock | 8/19/2021 | 89 | $7.6900 |
| Purchase | Common Stock | 8/19/2021 | 11 | $7.6900 |
| Purchase | Common Stock | 8/19/2021 | 100 | $7.7000 |
| Purchase | Common Stock | 8/19/2021 | 100 | $7.7100 |
| Purchase | Common Stock | 8/26/2021 | 80 | $7.8200 |
| Purchase | Common Stock | 8/26/2021 | 20 | $7.8200 |
| Purchase | Common Stock | 8/26/2021 | 3 | $7.8600 |
| Purchase | Common Stock | 8/26/2021 | 33 | $7.8600 |
| Purchase | Common Stock | 8/26/2021 | 36 | $7.8600 |
| Purchase | Common Stock | 8/26/2021 | 28 | $7.8600 |
| Purchase | Common Stock | 8/26/2021 | 100 | $7.8600 |
| Purchase | Common Stock | 8/30/2021 | 100 | $8.0000 |
| Purchase | Common Stock | 9/7/2021 | 100 | $7.8500 |
| Purchase | Common Stock | 9/8/2021 | 8 | $7.8000 |
| Purchase | Common Stock | 9/8/2021 | 2 | $7.8000 |
| Purchase | Common Stock | 9/8/2021 | 10 | $7.8100 |
| Purchase | Common Stock | 9/8/2021 | 8 | $7.8200 |
| Purchase | Common Stock | 9/8/2021 | 2 | $7.8200 |
| Purchase | Common Stock | 9/8/2021 | 8 | $7.8300 |
| Purchase | Common Stock | 9/8/2021 | 1 | $7.8300 |

**Eiger BioPharmaceuticals, Inc. (EIGR)**                                                                 **Ronald A. Schoen**

## List of Purchases and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | Common Stock | 9/8/2021 | 1 | $7.8300 |
| Purchase | Common Stock | 9/8/2021 | 10 | $7.8400 |
| Purchase | Common Stock | 9/9/2021 | 10 | $7.7200 |
| Purchase | Common Stock | 9/9/2021 | 10 | $7.7400 |
| Purchase | Common Stock | 9/9/2021 | 10 | $7.7500 |
| Purchase | Common Stock | 9/9/2021 | 10 | $7.7500 |
| Purchase | Common Stock | 9/9/2021 | 10 | $7.7600 |
| Purchase | Common Stock | 9/9/2021 | 9 | $7.7800 |
| Purchase | Common Stock | 9/9/2021 | 10 | $7.7700 |
| Purchase | Common Stock | 9/9/2021 | 1 | $7.7800 |
| Purchase | Common Stock | 9/9/2021 | 10 | $7.7900 |
| Purchase | Common Stock | 9/9/2021 | 10 | $7.8000 |
| Purchase | Common Stock | 9/10/2021 | 10 | $7.4900 |
| Purchase | Common Stock | 9/10/2021 | 10 | $7.5000 |
| Purchase | Common Stock | 9/10/2021 | 10 | $7.5200 |
| Purchase | Common Stock | 9/10/2021 | 1 | $7.5200 |
| Purchase | Common Stock | 9/10/2021 | 9 | $7.5200 |
| Purchase | Common Stock | 9/10/2021 | 9 | $7.5300 |
| Purchase | Common Stock | 9/10/2021 | 1 | $7.5300 |
| Purchase | Common Stock | 9/10/2021 | 9 | $7.5400 |
| Purchase | Common Stock | 9/10/2021 | 1 | $7.5400 |
| Purchase | Common Stock | 9/10/2021 | 9 | $7.5500 |
| Purchase | Common Stock | 9/10/2021 | 1 | $7.5500 |
| Purchase | Common Stock | 9/10/2021 | 10 | $7.6000 |
| Purchase | Common Stock | 9/10/2021 | 10 | $7.6200 |
| Purchase | Common Stock | 9/10/2021 | 10 | $7.6300 |
| Purchase | Common Stock | 9/10/2021 | 10 | $7.6300 |
| Purchase | Common Stock | 9/10/2021 | 2 | $7.6400 |
| Purchase | Common Stock | 9/10/2021 | 1 | $7.6400 |
| Purchase | Common Stock | 9/10/2021 | 6 | $7.6400 |
| Purchase | Common Stock | 9/10/2021 | 1 | $7.6400 |
| Purchase | Common Stock | 9/10/2021 | 9 | $7.6300 |
| Purchase | Common Stock | 9/10/2021 | 1 | $7.6300 |
| Purchase | Common Stock | 9/17/2021 | 100 | $7.0600 |
| Purchase | Common Stock | 9/17/2021 | 10 | $7.0700 |
| Purchase | Common Stock | 9/17/2021 | 100 | $7.0800 |
| Purchase | Common Stock | 9/17/2021 | 60 | $7.0800 |
| Purchase | Common Stock | 9/17/2021 | 40 | $7.0800 |
| Purchase | Common Stock | 9/30/2021 | 36 | $6.6900 |
| Purchase | Common Stock | 9/30/2021 | 64 | $6.6900 |
| Purchase | Common Stock | 9/30/2021 | 10 | $6.7000 |
| Purchase | Common Stock | 9/30/2021 | 10 | $6.7100 |
| Purchase | Common Stock | 10/4/2021 | 10 | $6.4700 |
| Purchase | Common Stock | 10/4/2021 | 9 | $6.5100 |
| Purchase | Common Stock | 10/4/2021 | 1 | $6.5100 |
| Purchase | Common Stock | 10/7/2021 | 10 | $6.3400 |
| Purchase | Common Stock | 10/7/2021 | 10 | $6.3700 |
| Purchase | Common Stock | 10/7/2021 | 6 | $6.3600 |
| Purchase | Common Stock | 10/7/2021 | 4 | $6.3600 |
| Purchase | Common Stock | 10/7/2021 | 10 | $6.3700 |
| Purchase | Common Stock | 10/7/2021 | 10 | $6.3700 |
| Purchase | Common Stock | 10/7/2021 | 9 | $6.3500 |
| Purchase | Common Stock | 10/7/2021 | 1 | $6.3500 |
| Purchase | Common Stock | 10/26/2021 | 9 | $6.3000 |
| Purchase | Common Stock | 10/26/2021 | 1 | $6.3000 |
| Purchase | Common Stock | 10/26/2021 | 17 | $6.3100 |
| Purchase | Common Stock | 10/26/2021 | 1 | $6.3100 |
| Purchase | Common Stock | 10/26/2021 | 1 | $6.3100 |
| Purchase | Common Stock | 10/26/2021 | 10 | $6.3200 |
| Purchase | Common Stock | 10/27/2021 | 9 | $5.9600 |

**Eiger BioPharmaceuticals, Inc. (EIGR)**  Ronald A. Schoen

### List of Purchases and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | Common Stock | 10/27/2021 | 1 | $5.9600 |
| Purchase | Common Stock | 10/27/2021 | 2 | $5.9600 |
| Purchase | Common Stock | 10/27/2021 | 10 | $5.9600 |
| Purchase | Common Stock | 10/27/2021 | 7 | $5.9700 |
| Purchase | Common Stock | 10/27/2021 | 2 | $5.9700 |
| Purchase | Common Stock | 10/27/2021 | 1 | $5.9700 |
| Purchase | Common Stock | 10/27/2021 | 9 | $5.9800 |
| Purchase | Common Stock | 10/27/2021 | 1 | $5.9800 |
| Purchase | Common Stock | 11/30/2021 | 99 | $6.0000 |
| Purchase | Common Stock | 11/30/2021 | 1 | $6.0000 |
| Purchase | Common Stock | 12/1/2021 | 33 | $5.8700 |
| Purchase | Common Stock | 12/1/2021 | 1 | $5.8700 |
| Purchase | Common Stock | 12/1/2021 | 15 | $5.8700 |
| Purchase | Common Stock | 12/1/2021 | 1 | $5.8700 |
| Purchase | Common Stock | 12/1/2021 | 50 | $5.8700 |
| Sale | Common Stock | 3/15/2021 | (100) | $10.1300 |
| Sale | Common Stock | 4/22/2021 | (74) | $8.5500 |
| Sale | Common Stock | 4/22/2021 | (11) | $8.5500 |
| Sale | Common Stock | 4/22/2021 | (15) | $8.5500 |
| Sale | Common Stock | 4/22/2021 | (100) | $8.5000 |
| Sale | Common Stock | 4/23/2021 | (100) | $8.4100 |
| Sale | Common Stock | 6/9/2021 | (98) | $8.1300 |
| Sale | Common Stock | 6/9/2021 | (102) | $8.1300 |
| Sale | Common Stock | 6/23/2021 | (13) | $8.0500 |
| Sale | Common Stock | 6/23/2021 | (9) | $8.0500 |
| Sale | Common Stock | 6/23/2021 | (48) | $8.0500 |
| Sale | Common Stock | 7/28/2021 | (100) | $8.2600 |
| Sale | Common Stock | 7/28/2021 | (100) | $8.2600 |
| Sale | Common Stock | 7/28/2021 | (100) | $8.2600 |
| Sale | Common Stock | 7/28/2021 | (79) | $8.1000 |
| Sale | Common Stock | 7/28/2021 | (20) | $8.1000 |
| Sale | Common Stock | 7/28/2021 | (1) | $8.1000 |
| Sale | Common Stock | 7/30/2021 | (66) | $7.9000 |
| Sale | Common Stock | 7/30/2021 | (34) | $7.9000 |
| Sale | Common Stock | 8/6/2021 | (100) | $8.3300 |
| Sale | Common Stock | 8/25/2021 | (500) | $8.0800 |
| Sale | Common Stock | 8/30/2021 | (129) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (3) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (50) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (3) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (3) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (50) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (5) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (4) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (5) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (5) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (4) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (4) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (5) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (4) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (5) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (4) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (5) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (2) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (5) | $8.1100 |
| Sale | Common Stock | 8/30/2021 | (5) | $8.1100 |
| Sale | Common Stock | 8/31/2021 | (80) | $8.1400 |
| Sale | Common Stock | 8/31/2021 | (1) | $8.1400 |
| Sale | Common Stock | 8/31/2021 | (4) | $8.1400 |
| Sale | Common Stock | 8/31/2021 | (1) | $8.1400 |

**Eiger BioPharmaceuticals, Inc. (EIGR)**  Ronald A. Schoen

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | Common Stock | 8/31/2021 | (1) | $8.1400 |
| Sale | Common Stock | 8/31/2021 | (1) | $8.1400 |
| Sale | Common Stock | 8/31/2021 | (4) | $8.1400 |
| Sale | Common Stock | 8/31/2021 | (1) | $8.1400 |
| Sale | Common Stock | 8/31/2021 | (5) | $8.1400 |
| Sale | Common Stock | 8/31/2021 | (1) | $8.1400 |
| Sale | Common Stock | 8/31/2021 | (1) | $8.1400 |
| Sale | Common Stock | 9/13/2021 | (69) | $7.7000 |
| Sale | Common Stock | 9/13/2021 | (1) | $7.7000 |
| Sale | Common Stock | 9/21/2021 | (100) | $7.1000 |
| Sale | Common Stock | 9/22/2021 | (10) | $7.2300 |
| Sale | Common Stock | 9/23/2021 | (200) | $7.3100 |
| Sale | Common Stock | 10/4/2021 | (16) | $6.6500 |
| Sale | Common Stock | 10/4/2021 | (4) | $6.6500 |
| Sale | Common Stock | 10/8/2021 | (59) | $6.4000 |
| Sale | Common Stock | 10/8/2021 | (1) | $6.4000 |
| Sale | Common Stock | 10/21/2021 | (1) | $6.8400 |
| Sale | Common Stock | 10/28/2021 | (45) | $6.8600 |
| Sale | Common Stock | 10/28/2021 | (5) | $6.8600 |
| Sale | Common Stock | 10/28/2021 | (45) | $6.8100 |
| Sale | Common Stock | 10/28/2021 | (5) | $6.8100 |
| Sale | Common Stock | 11/1/2021 | (14) | $6.9900 |
| Sale | Common Stock | 11/1/2021 | (86) | $6.9900 |
| Sale | Common Stock | 11/3/2021 | (50) | $7.8400 |
| Sale | Common Stock | 11/3/2021 | (76) | $7.8100 |
| Sale | Common Stock | 11/3/2021 | (24) | $7.8100 |
| Sale | Common Stock | 11/4/2021 | (50) | $7.9700 |
| Sale | Common Stock | 11/30/2021 | (100) | $6.0600 |
| Sale | C 20221021 7.5 | 3/15/2022 | (1) | $1.0000 |
| Sale | C 20230120 12.5 | 8/22/2022 | (11) | $2.0000 |