POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD A. SCHOEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EIGER BIOPHARMACEUTICALS, INC., DAVID A. CORY, and SRIRAM RYALI,<br><br>Defendants. | Case No. 3:22-cv-06985-RS<br><br>NOTICE OF PUBLICATION OF NOTICE OF PENDENCY OF ACTION |

Pursuant to Civil L.R. 23-1(a), appended hereto as Exhibit A is a copy of the notice of pendency of the above-captioned action (the "Action") that counsel for plaintiff Ronald A. Schoen caused to be published on November 8, 2022, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A). Pursuant to the PSLRA, the notice of pendency advises members of the putative class of a January 9, 2023 deadline to seek appointment as Lead Plaintiff in the Action.

Dated:  November 23, 2022                    Respectfully submitted,

                                              POMERANTZ LLP

                                              */s/ Jennifer Pafiti*
                                              Jennifer Pafiti (SBN 282790)
                                              1100 Glendon Avenue, 15th Floor
                                              Los Angeles, California 90024
                                              Telephone: (310) 405-7190
                                              Facsimile: (212) 661-8665
                                              jpafiti@pomlaw.com

                                              *Attorney for Plaintiff*

1

**PROOF OF SERVICE**

I hereby certify that on November 23, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               */s/ Jennifer Pafiti*
                                               Jennifer Pafiti