1  Sara B. Brody (SBN 130222)
   sbrody@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
3  San Francisco, CA 94104
   Telephone: +1 415 772 1279
4
   Matthew J. Dolan (SBN 291150)
5  mdolan@sidley.com
   SIDLEY AUSTIN LLP
6  1001 Page Mill Road, Building 1
   Palo Alto, CA 94304
7  Telephone: +1 650 565 7106

8  *Attorneys for Defendants*
   *Eiger BioPharmaceuticals, Inc.,*
9  *David A. Cory, and Sriram Ryali*

10

                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO
13

14 | RONALD A. SCHOEN, Individually and on  | Case No.  3:22-cv-06985-RS
   | Behalf of All Others Similarly Situated |
15 |                                         | **STIPULATED REQUEST AND**
   |                 Plaintiff,              | **ORDER REGARDING DEFENDANTS'**
16 |                                         | **TIME TO RESPOND TO THE**
   |                 vs.                     | **COMPLAINT AND CASE**
17 |                                         | **MANAGEMENT CONFERENCE**
   | EIGER BIOPHARMACEUTICALS, INC.,         |
   | DAVID A. CORY, and SRIRAM RYALI,        | Assigned to: Hon. Richard Seeborg
18 |                                         |
   |                 Defendants.             |
19

20

21        Defendants Eiger BioPharmaceuticals, Inc., David A. Cory, and Sriram Ryali (collectively,

22 "Defendants"), and plaintiff Ronald A. Schoen, on behalf of himself and all others similarly situated

23 ("Plaintiff"), by and through their counsel, hereby stipulate as follows:

24        WHEREAS, on November 8, 2022 Plaintiff filed a class action complaint (the "Complaint")

25 (Dkt. No. 1) against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities

26 Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission Rule 10b-5

27 promulgated thereunder;

28        WHEREAS, on November 8, 2022, the Court entered an Order Setting Initial Case

1   Management Conference and ADR Deadlines (the "Case Management Order");

2   WHEREAS, pursuant to the Case Management Order, January 19, 2023 is the last day for the

3   parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and

4   a discovery plan, and to file ADR Certification;

5   WHEREAS, pursuant to the Case Management Order, February 2, 2023 is the last day for the

6   parties to file Rule 26(f) Reports and file case management statements;

7   WHEREAS, pursuant to the Case Management Order, the Initial Case Management

8   Conference is scheduled for February 9, 2023 at 10:00 AM;

9   WHEREAS, Defendants have not yet responded to the Complaint;

10   WHEREAS, each of the Defendants has waived service of the summons and Complaint;

11   WHEREAS, this action is subject to the provisions of the Private Securities Litigation

12   Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 et seq., which, inter alia, requires the Court to

13   appoint a lead plaintiff who will oversee the litigation and to approve the lead plaintiff's selection of

14   lead counsel;

15   WHEREAS, the parties anticipate that the Court-appointed lead plaintiff will file an amended

16   complaint that will supersede the existing Complaint and any later-filed complaint(s);

17   WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by

18   the parties prior to the appointment of a lead plaintiff and lead counsel and the filing of the

19   anticipated amended complaint, the parties have agreed to an extension of time for Defendants to

20   respond to the current Complaint; and

21   WHEREAS, for the same reasons, the parties request that the Court order that the Initial Case

22   Management conference be continued, and all deadlines set forth in the Case Management Order be

23   continued therewith.

24   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully

25   requested, by and among the parties hereto, through their undersigned counsel of record, that the

26   Court order as follows:

27   1.      Defendants shall not be required to respond to the Complaint until after the

28   appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B) and after the filing by such

STIPULATED REQUEST AND ORDER REGARDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT
AND CASE MANAGEMENT CONFERENCE, CASE NO. 3:22-cv-06985-RS

lead plaintiff of an amended complaint or the designation of an operative complaint. Pursuant to Local Rule 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court.

2.      Within fourteen (14) days following the appointment of a lead plaintiff, Defendants shall meet and confer with the court-appointed lead plaintiff and submit a schedule for the filing of an amended complaint or designation of an operative complaint and the filing of Defendants' response thereto.

3.      The Initial Case Management Conference set for February 9, 2023 is continued to February 16, 2023 at 10:00 am.  Pursuant to the Case Management Order, the deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, and to file ADR Certification, is continued to 21 days in advance of the new Initial Case Management Conference date, and the deadline for the parties to file Rule 26(f) reports and Case Management Statements is continued to 7 days in advance of the new Initial Case Management Conference date. Pursuant to Local Rule 6-1(b), this paragraph shall be effective upon the Court entering this order.

Date:  January 9,  2023

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By: /s/ Sara B. Brody
       Sara B. Brody
       Matthew J. Dolan

       *Attorneys for Defendants*
       *Eiger BioPharmaceuticals, Inc.,*
       *David A. Cory, and Sriram Ryali*

**POMERANTZ LLP**

By: /s/ Jennifer Pafiti
       Jennifer Pafiti

       *Attorneys for Plaintiff*
       *Ronald A. Schoen*

3

1

2

3      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5      Dated: _____January 23_____, 2023      _____

6                                                HON. RICHARD SEEBORG
                                                 CHIEF DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST AND ORDER REGARDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT
AND CASE MANAGEMENT CONFERENCE, CASE NO. 3:22-CV-06985-RS