**LEVI & KORSINSKY, LLP**
David C. Jaynes (SBN 338917)
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: (415) 373-1671
Email: djaynes@zlk.com

*Counsel for Lead Plaintiff*
*Shane Skinner*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD A SCHOEN,

     Plaintiff,

  v.

EIGER BIOPHARMACEUTICALS, INC.,
DAVID A. CORY, and SRIRAM RYALI,

     Defendants.

Case No. 22-cv-06985-RS

**STIPULATION AND ORDER MODIFYING SCHEDULING DEADLINES** AS MODIFIED BY THE COURT

Hon. Richard Seeborg

Court-appointed Lead Plaintiff Shane Skinner ("Lead Plaintiff") and defendants Eiger BioPharmaceuticals, Inc. ("Eiger"), David A. Cory, and Sriram Ryali (collectively with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, plaintiff Ronald A. Schoen filed a class action complaint on November 8, 2022 against Eiger Biopharmaceuticals, Inc.,  David A. Cory, and Sriram Ryali (collectively, "Defendants") for violation of federal securities laws under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission Rule 10b-5;

WHEREAS, pursuant to the Securities Exchange Act of 1934 (as amended by the Private Securities Litigation Reform Act of 1995) (*see* 15 U.S.C. § 78u-4(a)(3)(i)(II)) and Civ.L.R. 23(b), on January 9, 2023, plaintiff Shane Skinner filed a motion for appointment as lead plaintiff and approval of selection of counsel (*see* ECF 13);

WHEREAS, on January 23, 2023, the Court entered a stipulated Order providing, *inter alia*, that

"[w]ithin fourteen (14) days following the appointment of a lead plaintiff, Defendants shall meet and confer with the court-appointed lead plaintiff and submit a schedule for the filing of an amended complaint or designation of an operative complaint and the filing of Defendants' response thereto" (*see* ECF 26);

WHEREAS, the Court's January 23, 2023 stipulated Order provided that the Initial Case Management Conference is to be held on February 23, 2023 at 10:00 am, and set related deadlines regarding the filing of a Rule 26(f) report and a Case Management Statement and regarding the deadline for the Parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, and to file ADR Certification;

WHEREAS, on February 3, 2023 the Court appointed Mr. Skinner as Lead Plaintiff and Levi & Korsinsky, LLP as lead counsel (*see* ECF 29);

WHEREAS, pursuant to the Court's January 23, 2023 Order, Lead Counsel and counsel for Defendants Eiger, David A. Cory, and Sriram Ryali have met and conferred and have agreed upon a schedule for the filing of an amended complaint and responses thereto;

WHEREAS, the undersigned Parties anticipate that Lead Plaintiff will file an amended complaint and that the Defendants named therein will file motion(s) to dismiss in response;

WHEREAS, pursuant to the terms of the Securities Exchange Act (as amended by the PSLRA) (*see* 15 U.S.C. § 78u-4(b)(3)(B)), all discovery is currently stayed pending resolution of any motion to dismiss filed by Defendants; and

WHEREAS, the Parties agree that the interests of efficiency and conservation of resources would be best served by continuing the Initial Case Management Conference until after the parties have completed briefing and the Court has ruled on Defendants' motion to dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the parties hereto, through their undersigned counsel of record, that the court order as follows:

1.      Consistent with the discovery stay required by the PSLRA, the deadline in the Court's January 23, 2023 stipulated Order for the Parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, and to file ADR Certification is vacated;

2.      Consistent with the discovery stay required by the PSLRA, the deadline for the Parties to file a Rule 26(f) report and Case Management Statement is vacated;

3.    Lead Plaintiff will file an amended complaint sixty (60) days from entry of this scheduling order.

4.    The Defendants will file their answer or motion to dismiss sixty (60) days after the filing of the amended complaint.

5.    Lead Plaintiff will file an opposition to Defendants' motion to dismiss sixty (60) days after Defendants file their motion.

6.    The Defendants will file any reply forty-five (45) days after Lead Plaintiff files his opposition.

7.    The Initial Case Management Conference scheduled for February 23, 2023 at 10:00 am is continued to November 16, 2023 at 10:00 am, after the Court has ruled on Defendants' motion to dismiss.    Joint Case Management Statement due November 9, 2023.

**SO STIPULATED.**

Dated:  February 8, 2023                    Respectfully submitted,

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (to be admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com

David C. Jaynes (SBN 338917)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Fax: (415) 484-1294
Email:  djaynes@zlk.com

*Attorneys for Lead Plaintiff Shane Skinner and Lead Counsel for the Class*

By:  */s/ David. C. Jaynes*

Case No. 22-cv-06985-RS

STIPULATION AND ORDER MODIFYING SCHEDULING DEADLINES

Dated:  February 8, 2023

**SIDLEY AUSTIN LLP**
Sara B. Brody (SBN 130222)
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1279
Email: sbrody@sidley.com

Matthew J. Dolan (SBN 291150)
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Tel: (650) 565-7106
Email: mdolan@sidley.com

*Attorneys for Defendants Eiger BioPharmaceuticals, Inc., David A. Cory, and Sriram Ryali*

By:  */s/ Sara B. Brody*

Case No. 22-cv-06985-RS
STIPULATION AND ORDER MODIFYING SCHEDULING DEADLINES

**ATTESTATION**

I, David C. Jaynes, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Modifying Scheduling Deadlines.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants, Sara B. Brody, concurs in this filing.

Dated: February 8, 2023                          **LEVI & KORSINSKY LLP**

By: */s/ David C. Jaynes*
David C. Jaynes (SBN 338917)

*Attorneys for Lead Plaintiff Shane Skinner and Lead Counsel for the Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:_2/9/2023_____          _____
                                          Hon. Richard Seeborg
                                          Chief United States District Judge